UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARY JUAREZ, on behalf
of herself and those similarly situated,

CASE NO: 07-20976-CIV-KING

    Plaintiff,

v.

AQUACULTURE RESEARCH/
ENVIRONMENTAL ASSOCIATES,
INC., a Florida Corporation

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court on the Plaintiffs' Notice of Acceptance of Defendant's Offer of Settlement (D.E. #12), filed September 27, 2007.

Pursuant to Fed.R.Civ.P. 58 and the Plaintiff's acceptance of Defendant's Offer of Judgment (D.E. #12), it is ORDERED and ADJUDGED that final judgment is entered against Defendant and in favor of Plaintiffs in the amount of $5000.00 [$3331.16 for Mary Suarez and $1,668.84 for Sonia Masters] and for $7,500.00 in attorney's fees and costs to be paid to Plaintiffs' counsel, according to the terms of Defendant's Offer of Judgment. This case is CLOSED. Any pending motions are DENIED as moot. The Pre-trial Conference set for February 21, 2008 and the Trial set for the two week calendar, commencing March 17, 2008, are hereby CANCELLED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of September, 2007.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **Counsel for Plaintiffs**

Kelly Allyssha Amritt
Morgan & Morgan
7450 Griffin Road
Suite 230
Davie, FL 33314
954-318-0268
Fax: 954-333-3515

**Counsel for Defendant**

Robert Stuart Turk
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
305-789-3200
Fax: 789-3395

Dolores Francis
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
305-789-3259
Fax: 305-789-2684